**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| Kim Fridie, | : |
| | : |
| | : |
| | : Civil Action No.:  8:10-cv-01433-DRC |
| Plaintiff, | : |
| v. | : |
| | : |
| | : |
| | : |
| | : |
| Rubenstein, Cogan and Revesman, P.C.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed  with prejudice and without costs to any party.

Kim Fridie

| | |
|---|---|
| ___/s/ Forrest E. Mays_____ | _____/s/ Birgit Dachtera Stuart__ |
| | Signed with  permission of Birgit Stewart |
| | |
| Forrest E. Mays (Bar No. 07510) | Birgit Dachtera Stuart |
| 1783 Forest Drive, Suite 109 | 11300 Rockville Pike Ste 1200 |
| Annapolis, MD  21401 | Rockville, MD 20852 |
| Telephone: (410) 267-6297 | Telephone: (301) 770-7490 |
| Fascimile: (410) 267-6234 | Facsimile:  (301) 770-7493 |
| Email: mayslaw@mac.com | Email: bstuart@roncanterllc.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Forrest E. Mays_____
Forrest E. Mays